UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-22799-CIV-KING/BANDSTRA

PORFIRIO MENDOZA, ARCADIO MENDOZA, and others similarly-situated,

      Plaintiffs,

vs.

UPTOWN BUFFET, INC., a Florida corporation, and QUI QING CHENG, individually,

      Defendants.
_____/

## PARTIAL SUMMARY JUDGMENT IN FAVOR OF PLAINTIFFS

THIS CAUSE came before the Court upon Plaintiffs' Motion for Partial Summary Judgment, and after the Court granted the Motion (D.E. 39), the following findings and rulings are hereby outlined:

1. The Court finds that both Plaintiffs, PORFIRIO MENDOZA and ARCADIO MENDOZA worked in excess of forty hours per week on average. Defendants concede that both Plaintiffs worked an average of 65 hours per week. The concession is found in the corporate Defendant's Answers to Interrogatories. (D.E. 32-1 ¶7)

2. It is undisputed that none of the compensation paid to Plaintiffs was overtime compensation. Thus, Plaintiffs are owed overtime wages under the Fair Labor Standards Act.

3. The record is devoid of any evidence regarding the actual cost of the housing accommodations and cost of meals. At trial, Defendants will not be allowed to argue that the value of the housing and cost of meals provided can be used to offset the wages paid to Plaintiffs.

4. Based on the admissions that both Plaintiffs worked at least 65 hours per week and given that Plaintiff PORFIRIO MENDOZA was paid wages of $1,600.00 per month and that Plaintiff ARCADIO MENDOZA was paid $1,400.00 per month, the Court finds that Plaintiffs were paid less than the required minimum wage during their employment.

5. This cause shall proceed to trial to determine the damages due to Plaintiffs under the FLSA.

**DONE AND ORDERED** in Chambers at Miami, Florida this 30 day of September, 2010.

HONORABLE JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc:

**Counsel for Plaintiff**
Eddy O. Marban, Esq.
Ocean Bank Building, Suite 350
782 N.W. LeJeune Road
Miami, Florida 33126
Telephone (305) 448-9292
Facsimile (305) 448-2788
E-mail: marban@bellsouth.net

Uptown Buffet, Inc.
8300 West Flagler Street, Unit 121-117
Miami, Florida 33144

Qui Quing Chen
16443 S.W. 30th Street
Miramar, Florida 33027